UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHERLYN COURTNEY
*Plaintiff*

VERSUS                                                      CIVIL ACTION NO. _____

DR. WALTER LEE CAMPBELL,
CAPITOL CITY FAMILY HEALTH
CARE CENTER, AND
ABC INSURANCE COMPANY
*Defendants*

NOTICE OF REMOVAL

NOW INTO COURT comes the United States of America, by J. Walter Green, United States Attorney for the Middle District of Louisiana, through, John J. Gaupp Assistant United States Attorney, which gives notice of the removal of this matter entitled "Cherlyn Courtney versus Dr. Walter Lee Campbell, Capitol City Family Health Care Center, and ABC Insurance Company", Action No. C632025, Section 24, 19th Judicial District Court Parish of East Baton Rouge, State of Louisiana.  This civil action is hereby removed to the above captioned federal district court on the following grounds:

1.

The Capitol City Family Health Center, Inc. has been named as a defendant in the above entitled civil action now pending in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, and no trial has been held therein.

1

2.

This action is of a civil nature wherein the plaintiffs seek to recover damages from Capitol City Family Health Center, Inc. and others for injuries allegedly caused by an alleged employee of Capitol City Family Health Center, Inc.

3.

This action is one which may be removed to this Court without bond at any time before trial pursuant to 28 U.S.C. §§ 1446 and 2679(d)(2) as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (Public Law 100-694) and pursuant to 42 U.S.C. § 233(c) for the reason that the United States Attorney for the Middle District of Louisiana, by virtue of the authority delegated him by the Attorney General, has certified that Capitol City Family Health Center, Inc. has been deemed by the Department of Health and Human Services to be an employee of the Public Health Service pursuant to 42 U.S.C. § 233(g) and was, at the time of the alleged incident upon which the plaintiff bases her claim, acting within the scope of its employment as an employee of the United States government.  The certificate of the United States Attorney is attached hereto as Exhibit A.

4.

Attached hereto as Exhibit B is a copy of all pleadings and other documents filed with the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, in this action as of the date of the filing of this notice.

5.

The United States explicitly reserves all defenses relative to jurisdiction, lack of proper service, failure of the sovereign's consent to suit, and any and all other defenses in law and fact.

WHEREFORE, pursuant to 28 U.S.C. §§ 1446 and 2679(d)(2), and also pursuant to 42 U.S.C. § 233(c), the above described civil action, now pending in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, is hereby removed therefrom to this federal court.

                Respectfully submitted,

                J. WALTER GREEN
                UNITED STATES ATTORNEY

                /s/ John J. Gaupp
                John J. Gaupp, LBN. 14976
                Assistant U.S. Attorney
                777 Florida Street, Suite 208
                Baton Rouge, LA  70801
                Telephone: (225) 389-0443
                Telefax: (225) 389-0685
                E-mail: john.gaupp@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Removal* was mailed, postage prepaid, to J. Michael Daly, Jr., attorney for plaintiff, Cherlyn Courtney, at 3939 N. Causeway Blvd, Suite 200, Metairie, La 70002; to Dr. Walter Lee Campbell, at 3104 Florida Street, Baton Rouge, LA 70806; and to Capitol City Family Health Center, Inc., at 3104 Florida Street, Baton Rouge, LA 70806.

Baton Rouge, Louisiana, this 9th day of December, 2014.

                                    s/ John J. Gaupp
                                    JOHN J. GAUPP
                                    Assistant United States Attorney