## ** Transmit Conf.Report **

P.1
EBR CLERK OF COURT    Fax 2253893392                    Jul 15 2014 01:44pm

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 915048465722 | Normal | 15:01:44pm | 0'19" | 1 | # O K | |



## DOUG WELBORN

### CLERK OF COURT

19TH JUDICIAL DISTRICT
PARISH OF EAST BATON ROUGE

Suit Accounting Department
P. O. Box 1991
Baton Rouge, LA 70821-1991
Telephone: (225) 389-3982
Fax: (225)389-3392
www.ebrclerkofcourt.org

### FAX RECEIPT

**FROM:**    SUIT ACCOUNTING DEPARTMENT          **DATE:**   7-15-14

**FAX NUMBER:**  (225) 389-3392                  **SUIT NO.:** 632025

**TO:** J. MICHAEL DALY, JR.                     **SECTION:** 24

**CHERLYN COURTNEY**           vs   **DR. WALTER LEE CAMPBELL, ET AL**

Item(s) Received: PETITION FOR DAMAGES

Amount Due (Includes $5.00 fax fee)          $ 588.00

The Clerk of Court's office has received, by facsimile transmission, documents in the above referenced case. It has been filed as of this date. In accordance with R.S. 13:850 (B), the original and applicable fees should be forwarded to this office within seven (7) days.

In accordance with 13:850 (B) (3), a transmission fee of $5.00 should be forwarded to the Clerk of Court with the original document. The fax filing fee is necessary even if filing in forma pauperis.

**NO FURTHER ACTION WILL BE TAKEN WITH THIS DOCUMENT
UNTIL THE ORIGINAL AND NECESSARY FILING FEES ARE RECEIVED
IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX-
ISSUANCE BY ORIGINAL REQUESTS ONLY!**

**PLEASE ATTACH THIS RECEIPT TO YOUR ORIGINAL.
IF FILING IN PERSON, NOTIFY FILING CLERK OF PREVIOUS FAX.**

*Deputy Clerk of Court for
Doug Welborn, Clerk of Court*
D. BECNEL
*(Type Name)*

EBR2424420

## EXHIBIT B



# DOUG WELBORN

## CLERK OF COURT

### 19TH JUDICIAL DISTRICT
### PARISH OF EAST BATON ROUGE

**Suit Accounting Department**
P.O. Box 1991
Baton Rouge, LA 70821-1991
Telephone: (225) 389-3982
Fax: (225)389-3392
www.ebrclerkofcourt.org

---

## FAX RECEIPT

**FROM:**   **SUIT ACCOUNTING DEPARTMENT**                **DATE:**   **7-15-14**

**FAX NUMBER: (225) 389-3392**                                        **SUIT NO.: 632025**

**TO: J. MICHAEL DALY, JR.**                                          **SECTION: 24**

**CHERLYN COURTNEY**                        **vs DR. WALTER LEE CAMPBELL, ET AL**

Item(s) Received:  PETITION FOR DAMAGES

Amount Due (includes $5.00 fax fee)                 $ 588.00

The Clerk of Court's office has received, by facsimile transmission, documents in the above referenced case. It has been filed as of this date. In accordance with R.S. 13:850 (B), the original and applicable fees should be forwarded to this office within seven (7) days.

In accordance with 13:850 (B) (3), a transmission fee of $5.00 should be forwarded to the Clerk of Court with the original document. The fax filing fee is necessary even if filing in forma pauperis.

### NO FURTHER ACTION WILL BE TAKEN WITH THIS DOCUMENT
### UNTIL THE ORIGINAL AND NECESSARY FILING FEES ARE RECEIVED
### IN THIS OFFICE.

---

### SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX-
### ISSUANCE BY ORIGINAL REQUESTS ONLY!

---

### PLEASE ATTACH THIS RECEIPT TO YOUR ORIGINAL.
### IF FILING IN PERSON, NOTIFY FILING CLERK OF PREVIOUS FAX.

---

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*
D. BECNEL
*(Type Name)*

Suit Accounting Dept. Form #6
Rev. 08/15/12



J. Michael Daly, Jr.
Partner
Email: michael.dalylaw@gmail.com

# WALKER DALY LLP
ATTORNEYS AND COUNSELLORS AT LAW

3939 North Causeway Boulevard
Suite 200
Metairie, Louisiana 70002
Telephone: (504) 846-5700
Facsimile: (504) 846-5722

Baton Rouge Office
7949 Jefferson Highway
Suite G
Baton Rouge, Louisiana 70809
Telephone: (225) 926-9926
Facsimile: (225) 926-9920

July 14, 2014

**Via Facsimile: 225-389-3392**
Clerk of Court
19th Judicial District Court
Parish of East Baton Rouge
P.O. Box 1991
Baton Rouge, LA  70821

Re:   Cherlyn Courtney vs. Dr. Walter Lee Campbell et al
      19th JDC
      Our File No. 2220

Dear Clerk:

Attached for fax filing is our Petition for Damages which I would appreciate your filing into the captioned matter. Once I receive your facsimile transmission receipt advising of your filing fee we will forward the originals and our check within five (5) days.

Sincerely,

J. Michael Daly, Jr.

JMD/cdm
Attachment

East Baton Rouge Parish Clerk of Court C632025 FAX FEE/PLEADING          504 845 5722     P.02          Page 4 of 7

632025-

# SEC. 24

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**
**STATE OF LOUISIANA**

NO.                                          DIVISION " "
                    CHERLYN COURTNEY

VS.

DR. WALTER LEE CAMPBELL, CAPITOL CITY FAMILY
HEALTH CARE CENTER, AND ABC INSURANCE COMPANY

FILED:_____          _____
                                                    DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff Cherlyn Courtney, for the purpose of filing this lawsuit against the following defendants.

1.

Made defendants herein are:

Dr. Walter Lee Campbell, believed to be a physician licensed to practice and practicing internal medicine in the State of Louisiana, and in the Parish of East Baton Rouge, State of Louisiana.

Capitol City Family Health Center, believed to be a domestic corporation authorized to do and doing business in the Parish of East Baton Rouge, State of Louisiana.

ABC Insurance Company, believed to be a foreign insurance company authorized to do and doing business in the State of Louisiana which was at all times the professional negligence carrier for Dr. Walter Lee Campbell and/or Capitol City Family Health Center, and as such is liable for the damages suffered herein by plaintiff.

2.

Petitioner submits that the defendants are liable jointly, severally, and in solido for any and all damages claimed herein by petitioner.

3.

Petitioner, Cherlyn Courtney, on March 26, 2014 went to see Dr. Walter Lee Campbell in connection with complaints of bronchitis.

1

**4.**

Ms. Courtney requested Dr. Campbell to check her blood pressure, however, on this date, Dr. Campbell did not give Ms. Courtney any blood pressure medication and merely scheduled a return appointment.

**5.**

According to the chart on plaintiff, she was allergic to both Bactrim and Sulfa drugs. However, apparently, Dr. Campbell did not check his records, and prescribed medication to Ms. Courtney which was reactive, and a member of the Bactrim/Sulfa family of medications.

**6.**

Ms. Courtney began taking the medication as prescribed, and within a short period of time she began to experience swelling and proceed to Our Lady of the Lake Regional Medical Center. Upon arriving at Our Lady of the Lake, Ms. Courtney was diagnosed with Stevens-Johnson Syndrome and was placed under the care of Dr. Guillory for 3-4 days.

**7.**

Petitioner submits that Dr. Campbell breached the applicable standard of care in ordering medications to which Ms. Courtney was allergic. As a result of this breach of the standard of care, Ms. Courtney has suffered damages and will continue to suffer damages.

**8.**

Petitioner submits that at all relevant times Dr. Campbell was a employee of Capitol City Family Health Center, and as such, Capitol City Family Health Center, is responsible for Dr. Campbell's negligence and for the damages caused by said negligence.

**9.**

Petitioner submits that at all relevant times ABC Insurance Company was the applicable insurance carrier for the defendants, and is thus liable, jointly, severally, and in

2

solido for any and all acts of negligence set forth herein and perpetrated by Dr. Campbell and/or Capitol City Family Health Center.

### 10.

A complaint was filed with the Division of Administration on June 3, 2014. On June 19, 2014, a letter was received from the Louisiana Patient's Compensation Fund advising that Dr. Campbell was not a qualified health care provider, as such, this complaint is filed within the applicable time limits for filing suit after receiving notice of non-qualified status.

### 11.

Petitioner submits that she has suffered the following damages as a result of the acts of the defendant:

1.    Past, present, and future medical expenses;

2.    Past, present, and future pain and suffering;

3.    Past, present, and future scarring;

4.    Past, present, and future loss of enjoyment of life;

5.    Past, present, and future need for surgery;

6.    Past, present, and future loss of sexual functions;

7.    Past, present, and future mental anguish; and,

8.    Any and all damages which may be proven at Trial.

### 12.

Petitioner submits that she has been compliant at all times, and is not responsible either comparatively and/or contributory for the damages claimed herein.

### 13.

Petitioner submits that Dr. Campbell, and/or Capitol City Family Health Center, breached the applicable standards of care required for these types of professionals, and that said breaches caused petitioner damages, and continue to cause petitioner damages.

### 14.

Petitioner submits that she is entitled to Trial by Jury on all issues raised herein, and prays for Trial by Jury in this matter.

Case 3:14-cv-00762-SDD-SCR   Document 1-2   12/09/14   Page 7 of 23

WHERFORE, petitioner prays that this lawsuit be deemed good and sufficient, and after all due proceedings be had, there be Judgment rendered herein in favor of the petitioner, and against the defendants, holding defendants liable for any and all damages suffered herein as a result of their negligence including but not limited to judicial interest from the date of the filing of the original complaint forward, and any and all other damages which may be equitable and compensable under Louisiana law.

Respectfully Submitted:

Walker Daly LLP
J. Michael Daly, Jr., Bar No. 19539
Bradford H. Walker, Bar No. 13168
3939 North Causeway Blvd., Ste. 200
Metairie, Louisiana 70002
Telephone: (504) 846-5700
Facsimile: (504) 846-5722

**PLEASE SERVE:**

**Dr. Walter Lee Campbell**
**3140 Florida Street**
**Baton Rouge, Louisiana 70806**

**Capitol City Family Health Care Center**
**3140 Florida Street**
**Baton Rouge, Louisiana 70806**



4

Case 3:14-cv-00762-SDD-SCR   Document 1-2   12/09/14   Page 8 of 23
East Baton Rouge Parish Clerk of Court C632025 LETTER FROM ATTORNEY

Page 1 of 1



# WALKER DALY LLP
### ATTORNEYS AND COUNSELLORS AT LAW

3939 NORTH CAUSEWAY BOULEVARD
SUITE 200
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 846-5700
FACSIMILE: (504) 846-5722

J. MICHAEL DALY, JR.
PARTNER
EMAIL: MICHAELDALYLAW@GMAIL.COM

BATON ROUGE OFFICE
7949 JEFFERSON HIGHWAY
SUITE G
BATON ROUGE, LOUISIANA 70809
TELEPHONE: (225) 926-9926
FACSIMILE: (225) 926-9920

July 14, 2014

**Via Facsimile: 225-389-3392**
Clerk of Court
19th Judicial District Court
Parish of East Baton Rouge
P.O. Box 1991
Baton Rouge, LA 70821

Re:  Cherlyn Courtney vs. Dr. Walter Lee Campbell et al
     19th JDC
     Our File No. 2220

Dear Clerk:

Attached for fax filing is our Petition for Damages which I would appreciate your filing into the captioned matter. Once I receive your facsimile transmission receipt advising of your filing fee we will forward the originals and our check within five (5) days.

Sincerely,

J. Michael Daly, Jr.

JMD/cdm
Attachment

REC'D C.P.
JUL 24 2014

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NO. 632025

DIVISION "SEC. 24"

CHERLYN COURTNEY

VS.

DR. WALTER LEE CAMPBELL, CAPITOL CITY FAMILY
HEALTH CARE CENTER, AND ABC INSURANCE COMPANY

FILED:_____

_____
DEPUTY CLERK

COST OK $588.00
CM 11149
JUL 22 2014
DO
DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff Cherlyn Courtney, for the purpose of filing this lawsuit against the following defendants.

1.

Made defendants herein are:

Dr. Walter Lee Campbell, believed to be a physician licensed to practice and practicing internal medicine in the State of Louisiana, and in the Parish of East Baton Rouge, State of Louisiana.

Capitol City Family Health Center, believed to be a domestic corporation authorized to do and doing business in the Parish of East Baton Rouge, State of Louisiana.

ABC Insurance Company, believed to be a foreign insurance company authorized to do and doing business in the State of Louisiana which was at all times the professional negligence carrier for Dr. Walter Lee Campbell and/or Capitol City Family Health Center, and as such is liable for the damages suffered herein by plaintiff.

2.

Petitioner submits that the defendants are liable jointly, severally, and in solido for any and all damages claimed herein by petitioner.

3.

Petitioner, Cherlyn Courtney, on March 26, 2014 went to see Dr. Walter Lee Campbell in connection with complaints of bronchitis.

REC'D
JUL 2

COPY FILED 7-16-14
FINAL FILED 7-22-14

1

4.

Ms. Courtney requested Dr. Campbell to check her blood pressure, however, on this date, Dr. Campbell did not give Ms. Courtney any blood pressure medication and merely scheduled a return appointment.

5.

According to the chart on plaintiff, she was allergic to both Bactrim and Sulfa drugs. However, apparently, Dr. Campbell did not check his records, and prescribed medication to Ms. Courtney which was reactive, and a member of the Bactrim/Sulfa family of medications.

6.

Ms. Courtney began taking the medication as prescribed, and within a short period of time she began to experience swelling and proceed to Our Lady of the Lake Regional Medical Center. Upon arriving at Our Lady of the Lake, Ms. Courtney was diagnosed with Stevens-Johnson Syndrome and was placed under the care of Dr. Guillory for 3-4 days.

7.

Petitioner submits that Dr. Campbell breached the applicable standard of care in ordering medications to which Ms. Courtney was allergic. As a result of this breach of the standard of care, Ms. Courtney has suffered damages and will continue to suffer damages.

8.

Petitioner submits that at all relevant times Dr. Campbell was a employee of Capitol City Family Health Center, and as such, Capitol City Family Health Center, is responsible for Dr. Campbell's negligence and for the damages caused by said negligence.

9.

Petitioner submits that at all relevant times ABC Insurance Company was the applicable insurance carrier for the defendants, and is thus liable, jointly, severally, and in

2

solido for any and all acts of negligence set forth herein and perpetrated by Dr. Campbell and/or Capitol City Family Health Center.

10.

A complaint was filed with the Division of Administration on June 3, 2014.  On June 19, 2014, a letter was received from the Louisiana Patient's Compensation Fund advising that Dr. Campbell was not a qualified health care provider, as such, this complaint is filed within the applicable time limits for filing suit after receiving notice of non-qualified status.

11.

Petitioner submits that she has suffered the following damages as a result of the acts of the defendant:

1.    Past, present, and future medical expenses;

2.    Past, present, and future pain and suffering;

3.    Past, present, and future scarring;

4.    Past, present, and future loss of enjoyment of life;

5.    Past, present, and future need for surgery;

6.    Past, present, and future loss of sexual functions;

7.    Past, present, and future mental anguish; and,

8.    Any and all damages which may be proven at Trial.

12.

Petitioner submits that she has been compliant at all times, and is not responsible either comparatively and/or contributory for the damages claimed herein.

13.

Petitioner submits that Dr. Campbell, and/or Capitol City Family Health Center, breached the applicable standards of care required for these types of professionals, and that said breaches caused petitioner damages, and continue to cause petitioner damages.

14.

Petitioner submits that she is entitled to Trial by Jury on all issues raised herein, and prays for Trial by Jury in this matter.

3

WHERFORE, petitioner prays that this lawsuit be deemed good and sufficient, and after all due proceedings be had, there be Judgment rendered herein in favor of the petitioner, and against the defendants, holding defendants liable for any and all damages suffered herein as a result of their negligence including but not limited to judicial interest from the date of the filing of the original complaint forward, and any and all other damages which may be equitable and compensable under Louisiana law.

Respectfully Submitted:

Walker Daly LLP
J. Michael Daly, Jr., Bar No.  19539
Bradford H. Walker, Bar No. 13168
3939 North Causeway Blvd., Ste. 200
Metairie, Louisiana  70002
Telephone: (504) 846-5700
Facsimile: (504) 846-5722


**PLEASE SERVE:**

**Dr. Walter Lee Campbell**
**3140 Florida Street**
**Baton Rouge, Louisiana 70806**

**Capitol City Family Health Care Center**
**3140 Florida Street**
**Baton Rouge, Louisiana 70806**



2402-14-004026

# CITATION

**CHERLYN COURTNEY**
(Plaintiff)

vs.

**DR. WALTER LEE CAMPBELL, ET AL**
(Defendant)

**NUMBER  C632025 SECTION 24**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   DR. WALTER LEE CAMPBELL
      3140 FLORIDA STREET
      BATON ROUGE, LA 70806

GREETINGS:

    Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **30-JUL-2014.**

*Deanna J. Mahan*
_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

**Requesting Attorney: JOHN MICHAEL DALY JR**

*The following documents are attached:
**PETITION FOR DAMAGES**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____ , served on the above named party as follows:
**PERSONAL SERVICE:**  On the party herein named at _____ .

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:**  By tendering same to the within named, by handing same to _____ .

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20_____ .

SERVICE:    $_____
MILEAGE   $_____        _____
TOTAL:       $_____           Deputy Sheriff
                         Parish of East Baton Rouge

CITATION - 2402



EBR2479244

2402-14-004027

# CITATION

**CHERLYN COURTNEY**
(Plaintiff)

vs.

**DR. WALTER LEE CAMPBELL, ET AL**
(Defendant)

**NUMBER  C632025 SECTION 24**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **CAPITOL CITY FAMILY HEALTH CARE CENTER**
      **3140 FLORIDA STREET**
      **BATON ROUGE, LA 70806**

GREETINGS:

    Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **30-JUL-2014.**

*Deanna J. Mahan*
_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

**Requesting Attorney: JOHN MICHAEL DALY JR**

*The following documents are attached:
**PETITION FOR DAMAGES**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____ , served on the above named party as follows:
**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:**  By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:  $_____
MILEAGE  $_____     _____
TOTAL:    $_____        Deputy Sheriff
                     Parish of East Baton Rouge

**CITATION - 2402**

EBR2479245

2402-14-004027

# CITATION

**NUMBER  C632025 SECTION 24**

**CHERLYN COURTNEY**
(Plaintiff)

**19th JUDICIAL DISTRICT COURT**

vs.

**PARISH OF EAST BATON ROUGE**

**DR. WALTER LEE CAMPBELL, ET AL**
(Defendant)

**STATE OF LOUISIANA**

**TO:    CAPITOL CITY FAMILY HEALTH CARE CENTER**
      **3140 FLORIDA STREET**
      **BATON ROUGE, LA 70806**

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **30-JUL-2014.**

*Denna J. Mahan*
_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

**Requesting Attorney: JOHN MICHAEL DALY JR**

*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the ___ day of ___ Jul ___, 20 _14_ and on the ___ day of ___ Aug ___, 20 _14_, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _3140 Government / Angie, Records_

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___4___ day of ___ Aug ___, 20 _14_.

| | |
|---|---|
| SERVICE: | $_____ |
| MILEAGE | $_____ |
| TOTAL: | $_____ |

_P. Torres 9604_
Deputy Sheriff
Parish of East Baton Rouge

**CITATION - 2402**

**FILED**

**AUG 0 5 2014**

DEPUTY CLERK OF COURT

EBR2434495

EBR2479245

2402-14-004026

# CITATION

**CHERLYN COURTNEY**
(Plaintiff)

vs.

**DR. WALTER LEE CAMPBELL, ET AL**
(Defendant)

NUMBER  C632025 SECTION 24

19th JUDICIAL DISTRICT COURT

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **DR. WALTER LEE CAMPBELL**
      **3140 FLORIDA STREET**
      **BATON ROUGE, LA 70806**

GREETINGS:

    Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **30-JUL-2014.**

                                   *Deanna J. Mahan*
                                *Deputy Clerk of Court for*
                              **Doug Welborn, Clerk of Court**

**Requesting Attorney: JOHN MICHAEL DALY JR**

*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the _31_ day of _Jul_ , 20 _14_ and on the _4_ day of _Aug_ , 20 _14_ , served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _3140 Government / Angie, Records_

**DOMICILIARY SERVICE:** On the within named _____ , by leaving the same at his domicile in this parish in the hands of _____ , a person of suitable age and discretion residing in the said domicile at _____ .

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____ .

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _4_ day of _Aug_ , 20 _14_ .

SERVICE:   $_____
MILEAGE   $_____
TOTAL:    $_____

                         *R. Torres 9604*
                          Deputy Sheriff
                   Parish of East Baton Rouge

              CITATION - 2402

**FILED**

AUG 0 5 2014

_____
DEPUTY CLERK OF COURT




EBR2479244

East Baton Rouge Parish Clerk of Court C632025 LETTER FROM ATTORNEY



# WALKER DALY LLP

ATTORNEYS AND COUNSELLORS AT LAW





J. MICHAEL DALY, JR.
PARTNER
EMAIL: MICHAELDALYLAW@GMAIL.COM

3939 NORTH CAUSEWAY BOULEVARD
SUITE 200
METAIRE, LOUISIANA 70002
TELEPHONE: (504) 846-5700
FACSIMILE: (504) 846-5722

BATON ROUGE OFFICE
7949 JEFFERSON HIGHWAY
SUITE G
BATON ROUGE, LOUISIANA 70809
TELEPHONE: (225) 926-9926
FACSIMILE: (225) 926-9920

September 10, 2014

Clerk of Court
19th Judicial District Court
Parish of East Baton Rouge
P.O. Box 1991
Baton Rouge, LA 70821

Re:     Cherlyn Courtney vs. Dr. Walter Lee Campbell et al
        19th JDC No. 632025 Division "24"
        Our File No. 2220

Dear Clerk:

Enclosed please find an original and two (2) copies of a Preliminary Default which we ask that you file into the record of the captioned matter. Please forward a date stamped copy of this pleading in the self-addressed envelope provided. Also enclosed is our check in the amount of $245.00 to cover the cost associated with the filing of this document.

Thank you and please contact my office should you have any questions.

Sincerely, .

J. Michael Daly, Jr.

JMD/cdm
Enclosure

REC'D C.P.

SEP 18 2014

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NO. 632025                                    DIVISION "24"

CHERLYN COURTNEY

VS.                                          COST OK $ 245°°

DR. WALTER LEE CAMPBELL, CAPITOL CITY FAMILY          SEP 1 5 2014
HEALTH CARE CENTER, AND ABC INSURANCE COMPANY         CH 11313 AD
                                                     DEPUTY CLERK OF COURT

FILED:_____     _____
                                              DEPUTY CLERK

## PRELIMINARY DEFAULT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Cherlyn Courtney,

on suggesting to the Court that a Petition for Damages with a citation were filed and served on

the Defendants, Dr. Walter Lee Campbell and Capitol City Family Health Care Center, through

the appropriate agent for service. Dr. Walter Lee Campbell and Capitol City Family Health Care

Center were served with the Petition for Damages on August 4, 2014. Defendants herein have

failed to appear or to file an answer hereto. All legal delays for so answering Plaintiff's Petition

have elapsed. Accordingly, Plaintiff prays for an order by the Court that a PRELIMINARY

DEFAULT be entered herein against the Defendants, Dr. Walter Lee Campbell and Capitol City

Family Health Care Center, and in favor of plaintiff, Cherlyn Courtney.

IT IS HEREBY ORDERED that a Preliminary Default be entered in favor of Cherlyn

Courtney and against Dr. Walter Lee Campbell and Capitol City Family Health Care Center.

Signed this 18 day of Sept , 2014, Baton Rouge Louisiana.

_____
                JUDGE

Respectfully Submitted:

_____
J. MICHAEL DALY, JR., #19539
3939 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone: (504) 846-5700
Facsimile: (504) 846-5722

**PLEASE SEE SERVICE INSTRUCTIONS ON FOLLOWING PAGE**          REC'D C.P.

**PLEASE SERVE:**                                              SEP 18 2014

Dr. Walter Lee Campbell
3140 Florida Street
Baton Rouge, Louisiana 70806

Capitol City Family Health Care Center
3140 Florida Street
Baton Rouge, Louisiana 70806

6004-14-001551

# NOTICE OF SERVICE

**CHERLYN COURTNEY**
(Plaintiff)

**NUMBER: C632025 SECTION 24**

**19th JUDICIAL DISTRICT COURT**

**vs.**

**PARISH OF EAST BATON ROUGE**

**WALTER LEE CAMPBELL, ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:   **DR WALTER LEE CAMPBELL**
      **3140 FLORIDA STREET**
      **BATON ROUGE, LOUISIANA  70806**

GREETINGS:

    You are hereby served with **PRELIMINARY DEFAULT;.**   Certified copy(s) is(are) attached

hereto, as requested by **JOHN MICHAEL DALY JR**, Attorney.

    This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **22-SEP-2014**.



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served
on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:    $_____
MILEAGE   $_____      _____
TOTAL:      $_____           Deputy Sheriff

NOTICE OF SERVICE –6004



EBR2564247

6004-14-001552

# NOTICE OF SERVICE

**CHERLYN COURTNEY**
(Plaintiff)

**vs.**

**WALTER LEE CAMPBELL, ET AL**
(Defendant)

**NUMBER:  C632025 SECTION 24**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **CAPITOL CITY FAMILY HEALTH CARE CENTER**
        **3140 FLORIDA STREET**
        **BATON ROUGE, LOUISIANA 70806**

GREETINGS:

You are hereby served with **PRELIMINARY DEFAULT;**.  Certified copy(s) is(are) attached

hereto, as requested by **JOHN MICHAEL DALY JR**, Attorney.

This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **22-SEP-2014**.



_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served
on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:       $_____          _____
MILEAGE       $_____                          Deputy Sheriff
TOTAL:          $_____

**NOTICE OF SERVICE –6004**

EBR2564248

6004-14-001551

# NOTICE OF SERVICE

**CHERLYN COURTNEY**
(Plaintiff)

**NUMBER: C632025 SECTION 24**

**vs.**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**WALTER LEE CAMPBELL, ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:   **DR WALTER LEE CAMPBELL**
      **3140 FLORIDA STREET**
      **BATON ROUGE, LOUISIANA  70806**

GREETINGS:

       You are hereby served with **PRELIMINARY DEFAULT;**.  Certified copy(s) is(are) attached

hereto, as requested by **JOHN MICHAEL DALY JR**, Attorney.

       This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **22-SEP-2014**.



Sharon Zito
_____
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the _23_ day of _Sept_, 20_14_ and on the _24_ day of _Sept_, 20_14_, served
on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _3140 Florida Blvd_.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _24_ day of _Sept_, 20_14_.

SERVICE:       $_____
MILEAGE     $_____          _L. Torres 9654_
TOTAL:        $_____               Deputy Sheriff

NOTICE OF SERVICE –6004

FILED

SEP 2 3 2014

DEPUTY CLERK OF COURT

DATED

SEP 2 3 2014

EBR2438231

EBR2564247

6004-14-001552

# NOTICE OF SERVICE

**CHERLYN COURTNEY**
(Plaintiff)

vs.

**WALTER LEE CAMPBELL, ET AL**
(Defendant)

**NUMBER:  C632025 SECTION 24**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **CAPITOL CITY FAMILY HEALTH CARE CENTER**
     **3140 FLORIDA STREET**
     **BATON ROUGE, LOUISIANA 70806**

GREETINGS:

    You are hereby served with **PRELIMINARY DEFAULT;**.   Certified copy(s) is(are) attached

hereto, as requested by **JOHN MICHAEL DALY JR**, Attorney.

    This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **22-SEP-2014**.



_Sharon Zito_
_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the _23_ day of _Sept_ , 20 _14_ and on the _24_ day of _Sept_ , 20 _14_ , served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _3140 Florida, Blvd._ .

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _24_ day of _Sept_ , 20 _14_ .

SERVICE:   $_____
MILEAGE   $_____
TOTAL:    $_____



_L. Torres 9604_
Deputy Sheriff

**NOTICE OF SERVICE –6004**


FILED
SEP 24 2014
DEPUTY CLERK OF COURT

EBR2438232

EBR2564248