UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHERLYN COURTNEY

VERSUS

DR. WALTER LEE CAMPBELL, ET AL.

CIVIL ACTION NO.

14-762-SDD-SCR

## ORDER

**CONSIDERING** the *Motion for Substitution of Defendant*[1] filed by the United States of America in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the United States is substituted as a Defendant in these proceedings in the place of Capitol City Family Health Center, Inc., pursuant to 28 U.S.C. § 2679(d)(2).

**IT IS FURTHER ORDERED** that as to the Defendant, Capitol City Family Health Center, Inc., this action is dismissed with prejudice.

Baton Rouge, Louisiana the 11 day of December, 2014.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 2.