# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CHERLYN COURTNEY

VERSUS

DR. WALTER LEE CAMPBELL, ET AL.

CIVIL ACTION NO.

14-762-SDD-SCR

## AMENDED RULING AND ORDER OF DISMISSAL

**CONSIDERING** this Court's Ruling[1] on the *Motion to Dismiss*[2] filed by the United States of America in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and this action is dismissed in its entirety without prejudice.

Baton Rouge, Louisiana the 20 day of March, 2015.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 6.